IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

YAZZMINE GALLIMORE,           :
   Plaintiff,                 :
                    :
v.                            :    **CIVIL ACTION NO. 25-CV-6089**
                    :
MERAKEY, *et al*,             :
   Defendants.                :

## ORDER

AND NOW, this 6th day of April, 2026, upon consideration of Plaintiff Yazzmine

Gallimore's *pro se* Second Amended Complaint (ECF No. 14), Motion to Appoint Counsel (ECF

No. 15) and Motion to Proceed *In Forma Pauperis* (ECF No. 16), it is **ORDERED** that:

    1.    The Second Amended is **DISMISSED WITH PREJUDICE** for the reasons in

the Court's Memorandum.

    2.    The Motion to Appoint Counsel and Motion to Proceed *In Forma Pauperis* are

**DENIED AS MOOT**.

    3.    The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

_____
**KAI N. SCOTT, J.**